**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**DELTA DIVISION**

**QUAMIRRIO D'KEVIN EDWARDS** **PLAINTIFF**
ADC #167913

**v.** **CASE NO. 2:26-CV-00074-BSM-JJV**

**DOE, *et al.*** **DEFENDANTS**

# ORDER

United States Magistrate Judge Joe Volpe's partial recommendation [Doc. No. 7] is adopted. Quamirrio Edwards's may proceed with his First Amendment religion and Eighth Amendment inhumane conditions claims against Natasha Hammock and Aarin Mitchell, but the rest of his claims and the Doe defendants are dismissed without prejudice. The clerk is directed to update the case name to *Edwards v. Hammock, et al*. An *in forma pauperis* appeal would not be taken in good faith.

IT IS SO ORDERED this 6th day of August, 2026.

Brian S. Miller
UNITED STATES DISTRICT JUDGE