**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**DELTA DIVISION**

**QUAMIRRIO D'KEVIN EDWARDS**
**ADC #167913** **PLAINTIFF**

**v.** **CASE NO. 2:26-CV-00074-BSM**

**NATASHA HAMMOCK, *et al.*** **DEFENDANTS**

# JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 7th day of October, 2026.

UNITED STATES DISTRICT JUDGE